IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00440–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  KENNETH PANZARELLA,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Withdraw Document #81" filed January 23, 2006, is GRANTED.

Dated: January 23, 2006