IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 FEB -1 PM 3: 25

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Criminal Action No. 05-cr-00440-EWN-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH J. PANZARELLA,

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

The Probation Office has advised the court that the defendant is statutorily eligible for early termination of supervision pursuant to 18 U.S.C. § 3583(e)(1), and the criteria that has been approved by the Judicial Conference Committee on Criminal Law. Additionally, the government advised that it does not have any objection to early termination of supervision.

Accordingly, it is:

ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this ___31___ day of January 2008.

BY THE COURT:

_____
Edward W. Nottingham
Chief United States District Judge